UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20508-COOKE

**UNITED STATES OF AMERICA**

vs.

**DAVID LUBIN,**

      **Defendant.**

_____/

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35 AND REQUEST FOR HEARING**

The United States of America respectfully files this Motion for Reduction of Sentence and Request for Hearing for Defendant David Lubin. Defendant was sentenced before this Court on November 29, 2017, to 36 months imprisonment. Defendant began serving his sentence on or about June 18, 2018.

The Defendant has provided cooperation in connection with the wide-ranging Shell Factory Fraud investigation, specifically with regard to the prosecution of one or more other individuals, to justify the filing of a motion for reduction of sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure. Given the nature of this matter and the cooperation provided, this cooperation required more than one year from the date of the original sentence to complete. Since the date of his original sentence, the Defendant provided information to the United States Attorney's Office for the Southern District of Florida, the FBI, and the SEC. The Defendant also testified at the recently-concluded securities fraud trial of a co-conspirator and former South Florida securities attorney, *United States v. James M. Schneider*, 17-CR-20712-MORENO.

Thirteen defendants have been publicly charged in the Southern District of Florida in connection with the Shell Factory Fraud investigation: John Ahearn and Andrew Wilson, Case No.

17-20883-CR-KMW; James M. Schneider, 17-CR-20712-FAM; Myron Gushlak and Yelena Furman, Case No. 17-20713-CR-CMA; David Lubin, Case No. 17-20508-CR-MGC (this case); Sheldon Rose and Ian Kass, Case No. 16-20706-CR-JEM; Steven Sanders and Alvin S. Mirman, Case No. 16-20572-CR-CMA; Daniel McKelvey and Jeffrey Lamson, Case No. 16-20546-CR-RNS; and, Delaney Equity Group LLC, Case No. 18-20336-CR-CMA.  All of the charged defendants except Myron Gushlak have been convicted, and his case has been transferred to fugitive status.  These convicted defendants included three attorneys who practiced securities law (Schneider, Lubin and Wilson), a registered securities representative (Kass), a stock transfer agent (Ahearn), a securities broker-dealer (Delaney Equity Group LLC), an accountant (Lamson), and five stock promoters (Sanders, McKelvey, Mirman, Rose and Furman).

Other defendants not referenced here that were involved in related conduct have been charged in this District and in other districts.  Investigations related to this matter are ongoing. However, the cooperation of Defendant Lubin is now substantially complete.  Based on the nature and quality of the cooperation by Defendant Lubin, the United States requests a 40% reduction of his sentence.  The United States will provide more information to the Court at a hearing or as otherwise directed, to support this recommendation.

Counsel for the Government has discussed this matter with Jason P. Hernandez, Esq., counsel for Defendant Lubin, and can represent that the defendant does not oppose the filing of this Motion.  However, counsel for the Defendant indicated that he wished the opportunity to be heard by the Court so that the Defendant could set forth his own sentencing arguments.

Dated: December 17, 2018

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Jerrob Duffy
Jerrob Duffy
Assistant United States Attorney
Court No. A5501106
99 NE 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9273
Fax: (305) 530-6168
Email: jerrob.duffy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, the undersigned electronically filed the foregoing document using CM/ECF, to all counsel of record, including to:

Jason P. Hernandez, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Phone: 305-789-3455
Fax: 305-789-2685
Email: jhernandez@stearnsweaver.com

*Counsel for Defendant David Lubin*

/s/ Jerrob Duffy
Assistant United States Attorney